PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
GERALYN GULSETH
Special Assistant United States Attorney
     6401 Security Blvd.
     Baltimore, Maryland
     Telephone: (510) 970-4819
     Facsimile: (415) 744-0134
     E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ROSINA MIRANDA,<br><br>     Plaintiff,<br><br>  vs.<br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No. 2:23-cv-01811-DAD-JDP<br><br>STIPULATION FOR EXTENSION FOR THE FILING OF THE CERTIFIED ADMINISTRATIVE RECORD |

     With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the due date for Defendant's filing of the Certified Administrative Record (CAR) will be extended by 14 days, from October 23, 2023 to November 6, 2023.

     Defendant's counsel checked Social Security records on October 19, 2023 and determined that the CAR is not ready for filing at this time. Even if the CAR is finalized on or before October 23, Counsel respectfully requests this additional time so that, in light of her other

deadlines in the Central District of California, she can adequately review this CAR to ensure it is appropriate for filing.

                                            Respectfully submitted,

                                            LAW OFFICES OF ANDREW KOENIG

Dated:  October  19, 2023          /s/  Geralyn Gulseth for Andrew Koenig*
                                            ANDREW KOENIG
                                            Attorney for Plaintiff
                                            (*signature authorized via e-mail 10/19/2023)

Dated:  October 19, 2023            PHILLIP A. TALBERT
                                            United States Attorney
                                            MATHEW W. PILE
                                            Associate General Counsel
                                            Office of Program Litigation, Office 7
                                            Social Security Administration

                                  By:     /s/  Geralyn Gulseth
                                            GERALYN GULSETH
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant

## [PROPOSED] ORDER

Pursuant to the parties' Stipulation, and for good cause shown, IT IS ORDERED that the due date for Defendant's filing of the Certified Administrative Record shall be extended to November 6, 2023.

IT IS SO ORDERED.

Dated:   October 27, 2023                                              _____
                                                              JEREMY D. PETERSON
                                                              UNITED STATES MAGISTRATE JUDGE