1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245.
   Associate General Counsel
3  Office of Program Litigation, Office 7
4  Social Security Administration
   MARCELO ILLARMO (MABN 670079)
5  Special Assistant United States Attorney
        Office of the General Counsel
6       Social Security Administration
        6401 Security Boulevard
7       Baltimore, Maryland 21235
        Telephone: (510) 970-4822
8       E-Mail: Marcelo.Illarmo@ssa.gov
9  Attorneys for Defendant

10

11                          UNITED STATES DISTRICT COURT

12                          EASTERN DISTRICT OF CALIFORNIA

13

14                                              No. 2:23-cv-01811-DAD-JDP

15  ROSINA MIRANDA,
                                                STIPULATION FOR EXTENSION TO RESPOND
16  Plaintiff,                                  TO PLAINTIFF'S MOTION FOR SUMMARY
                                                JUDGMENT
17  v.

18  KILOLO KIJAKAZI,
    Acting Commissioner of Social Security,
19
                Defendant.
20

21      IT IS HEREBY STIPULATED, by and between the parties, through their respective

22  counsel of record, that the time for responding to Plaintiff's motion for summary judgment be

23  extended from January 2, 2024 to February 1, 2024.  Defendant respectfully requests this

24  additional time because undersigned counsel will be on holiday leave from December 20 to

25  December 27 and December 29 to January 1. In addition, counsel has five briefs due the week of

26  January 2.

27      The parties further stipulate that the Court's Scheduling Order shall be modified

28  accordingly.

- Defendant shall respond to Plaintiff's motion for summary judgment on or before February 1, 2024;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before February 15, 2024).

Respectfully submitted,

DATE: December 14, 2023

*/s/ Andrew Thomas Koenig*\*
ANDREW THOMAS KOENIG
Attorney for Plaintiff
(\* approved via email on 12/14/23)

PHILLIP A. TALBERT
United States Attorney

DATE: December 14, 2023          By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Accordingly, it is hereby ORDERED that:

1. The Court's Scheduling Order shall be modified accordingly.
   a. Defendant shall respond to Plaintiff's motion for summary judgment on or before February 1, 2024;
   b. Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before February 15, 2024).

IT IS SO ORDERED.

Dated:   December 18, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE